IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and BARBARA
LEPOME                                                                                PLAINTIFFS

v.                              No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC. and
JOHN DOES, 1-5                                                                    DEFENDANTS

ORDER

This case is in the ditch. It is not ready for trial in February; the trial setting is therefore continued; and the Final Scheduling Order, *Doc. 10*, is suspended. The motion in limine, *Doc. 18*, is denied without prejudice.

The Court will hold an in-person status conference with all counsel and the parties on at 1:30 p.m. on Monday, 10 February 2025, in courtroom 1A of the Richard Sheppard Arnold United States Courthouse in Little Rock. Mr. or Mrs. Lepome, a corporate representative from Kangaroo Van Lines, the company's local counsel, and the company's California-based counsel must attend.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2025