IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and
BARBARA LEPOME                                                              PLAINTIFFS

v.                                  No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC.
and JOHN DOES, 1-5                                                          DEFENDANTS

## ORDER

The Court held a status conference on 10 February 2025. As directed, Mr. and Mrs. Lepome and a Kangaroo Van Lines representative, Mr. Grinholz, appeared with counsel. The parties have not settled. Kangaroo must answer the long-pending discovery fully and completely by 28 February 2025. All objections except to privilege are waived because of Kangaroo's untimely responses. But the company must answer interrogatory 9 as revised by agreement during the hearing. Kangaroo's early motion for summary judgment based on pre-emption is due by 10 March 2025. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2025