IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and BARBARA
LEPOME                                                                                    PLAINTIFFS

v.                              No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC. and
JOHN DOES, 1-5                                                                       DEFENDANTS

## ORDER

The Lepomes' motion to strike, *Doc. 29*, is denied. Kangaroo's discovery responses were late. But Kangaroo's counsel tried to send them on time and in good faith. *Doc. 33-1 & 33-2*. There was an electronic-transmission glitch. Striking Kangaroo's answer would be a nuclear response, which isn't warranted in the circumstances. The glitch would have been revealed if plaintiffs' counsel had inquired by telephone or email. Kangaroo's past recalcitrance sparked the latest motion. This is understandable but regrettable. Cooperation must be the watchword from here on.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2025