IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and BARBARA
LEPOME                                                                                  PLAINTIFFS

v.                                          No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC. and
JOHN DOES, 1-5                                                                       DEFENDANTS

### ORDER

Unopposed motion, *Doc. 40*, granted. The amended pleading deadline is re-opened for good cause. Fed. R. Civ. P. 15(a)(2). The plaintiffs must file their amended complaint by 30 May 2025. Kangaroo's motion for partial summary judgment, *Doc. 30*, is denied without prejudice as moot. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002). Kangaroo may re-file that motion, if it so chooses, by 30 June 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2025