# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT LEPOME and BARBARA LEPOME**                                    **PLAINTIFFS**

v.                     No. 4:23-cv-55-DPM

**KANGAROO VAN LINES, INC.; JOHN DOES, 1-5; KANGAROO VAN LINES, LLC; UNITED MERIT VAN LINES; and CRYSTOPHER GRINHOLZ**                         **DEFENDANTS**

## JUDGMENT

The Lepomes' complaint is dismissed with prejudice. The Court retains jurisdiction until 27 February 2026 to enforce the parties' settlement.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2025