IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and
BARBARA LEPOME                                                                              PLAINTIFFS

v.                            No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC.;
JOHN DOES, 1-5; KANGAROO VAN
LINES, LLC; UNITED MERIT VAN
LINES; and CRYSTOPHER GRINHOLZ                                        DEFENDANTS

## ORDER

The unopposed motion for entry of a Consent Judgment, *Doc. 48*, is granted for good cause. Judgment, *Doc. 47*, vacated. The Court will enter a Consent Judgment in its preferred form, embodying the substance of the parties' agreement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2025