IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LEPOME and
BARBARA LEPOME                                                                PLAINTIFFS

v.                              No. 4:23-cv-55-DPM

KANGAROO VAN LINES, INC.;
JOHN DOES, 1-5; KANGAROO VAN
LINES, LLC; UNITED MERIT VAN
LINES; and CRYSTOPHER GRINHOLZ                          DEFENDANTS

## CONSENT JUDGMENT

Robert and Barbara Lepome shall have judgment against Kangaroo Van Lines, Inc., Kangaroo Van Lines LLC, United Merit Van Lines, and Crystopher Grinholz, jointly and severally as to all of them, for $25,366.76. This Judgment shall bear interest at 3.57% until paid in full.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2021